**Order filed June 8, 2021.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-21-00226-CV**

———————

**WESLEY CLEMENTS, Appellant**

**V.**

**NELWYN ROBBINS, Appellee**

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20-CV-0739**

---

## O R D E R

The notice of appeal in this case was filed April 30, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **June 18, 2021.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.